AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MARK WYNAR, as guardian of
L.W., and L.W. a minor,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER:  **3:09-CV-00626-LRH-VPC**

DOUGLAS COUNTY SCHOOL
DISTRICT, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment (#26) is **GRANTED.**

| August 11, 2011 | **LANCE S. WILSON** |
|---|---|
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |